**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 99-6624**

———————

PAUL NAGY,

                              Plaintiff - Appellant,

        versus

HARLEY LAPPIN; SALLY C. JOHNSON; M. SCHAEFER;
BRYON HERBEL,

                              Defendants - Appellees.

———————

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.  Malcolm J. Howard, District Judge.  (CA-98-282-5-H)

———————

Submitted:  September 10, 1999        Decided:  October 15, 1999

———————

Before MURNAGHAN, MOTZ, and KING, Circuit Judges.

———————

Affirmed by unpublished per curiam opinion.

———————

Paul Nagy, Appellant Pro Se.  Fenita Morris Shepard, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

   Paul Nagy appeals the district court's order denying relief on his 42 U.S.C.A. § 1983 (West Supp. 1999) complaint.  We have reviewed the record and the district's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Nagy v. Lappin, No. CA-98-282-5-H (E.D.N.C. Mar. 24 1999).  The motion to expedite is denied.  We deny the motion for oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED

2